DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JAMES A. SHEPHERD, Trial Attorney (DC#476306)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>ALICIA VILLARREAL SOSA,<br><br>Debtor.<br><br>SARA L. KISTLER, Acting United States Trustee for Region 17,<br><br>Plaintiff,<br><br>v.<br><br>ALICIA VILLARREAL SOSA,<br><br>Defendant. | Case No. 07-11364 AJ<br><br>Chapter 7<br><br><br><br>Adv. Proc. No.: 08-_____ |

**COMPLAINT FOR DENIAL OF DISCHARGE UNDER 11 U.S.C. § 727(a)(8)**

Sara L. Kistler, Acting United States Trustee for Region 17 ("Plaintiff"), avers as follows:

**I. JURISDICTION**

1. This adversary proceeding arises in the above-captioned chapter 7 bankruptcy case of <u>In re Alicia Villarreal Sosa</u>, Case No. 07-11364 ("Current Case").

2. On October 26, 2007, Alicia Villarreal Sosa ("Defendant") commenced the Current Case by filing a voluntary petition for chapter 7 relief in this Court.

3. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 727.

5. This is a core proceeding under 28 U.S.C. § 157(b)(2)(J).

COMPLAINT FOR DENIAL OF DISCHARGE UNDER 11 U.S.C. § 727(a)(8) - 1 -

6. Plaintiff has standing to object to the granting of Defendant's discharge under 11 U.S.C. § 727(c)(1), among other bases.

7. The deadline to file a complaint seeking a denial of Defendant's discharge is February 4, 2008.

8. This complaint is timely.

## II. DEFENDANT IS INELIGIBLE TO RECEIVE A DISCHARGE

9. On December 22, 2000, Defendant filed a voluntary petition for chapter 7 relief in the this Court, bearing Case No. 00-12914 ("Prior Case").

10. Defendant received a chapter 7 discharge in the Prior Case on March 26, 2001.

11. The Prior Case was filed within eight years of the Current Case.

12. Defendant is therefore not eligible to receive a discharge in the Current Case under 11 U.S.C. § 727(a)(8).

## III. RELIEF SOUGHT

13. Based upon the foregoing, Plaintiff prays that Defendant Alicia Villarreal Sosa be denied a discharge in the Current Case, and that the Court grant such other relief as is just and equitable.

Dated: February 4, 2008

Respectfully Submitted,

Sara L. Kistler,
Acting United States Trustee

By: /s/ *James A. Shepherd (DC#476306)*
Attorney for the U.S. Trustee